FILED'08 MAR 26 12:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL LEO SCHWEITZER,

        Petitioner,

Civil No. 05-1566-CL

v.

STATE OF OREGON,

        Respondent.

ORDER

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed Findings and Recommendation (F&R), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections. I have reviewed the F&R de novo. See 28 U.S.C. § 636(b)(1)(C); Holder v. Holder, 392 F.3d 1009, 1022 (9th Cir. 2004). I conclude that the F&R is correct.

## CONCLUSION

    Magistrate Judge Clarke's Findings and Recommendation (#42) is adopted. The petition (#1) is denied and this action is

1 - ORDER

dismissed without prejudice for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

    DATED this 26 day of March, 2008.

                                     */s/ Owen M. Panner*
                                     OWEN M. PANNER
                                     United States District Judge

2 - ORDER